FILED

2018 MAR -5 AM 9:03

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.8:12-cr-00501-MSS-AEP

JOSE MIGUEL CORDERO

_____/

### NOTICE OF APPEAL

**COMES NOW** Defendant, Jose Miguel Cordero, proceeding *pro se*, to hereby give this honorable Court his notice of appeal to the United States Court of Appeals for the Eleventh Circuit regarding the District Court's Endorsed Order issued on February 21, 2018, denying Mr. Cordero's Motion for Clarification of Supervised Release, Motion for Early Termination of Supervised Release, and Motion to Modify Conditions of Supervised Release. (Doc. 29) Included with this notice is the filing fee of $505.

DATED this 5th day of March, 2018.

Respectfully Submitted,

Jose Cordero, *pro se*
4414 West Price Avenue
Tampa, FL 33611
(813)205-4565

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the Clerk of Court this 5th day of March, 2018 at:

United States Federal Courthouse
801 North Florida Avenue
Tampa, Florida 33602

And a copy furnished by mail to:

Jennifer Lynn Peresie, Assistant U.S. Attorney
400 N. Tampa Street
Suite 3200
Tampa, FL 33602
(813) 274-6000