**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.                                            **CASE NO: 8:12-cr-501-T-35AEP**

**JOSE MIGUEL CORDERO**

## ORDER

**THIS CAUSE** comes before the Court for consideration of Defendant's Motion to Obtain Copy of Document 18 And/Or Unopposed Motion to Unseal ("Motion"). (Dkt. 42) Upon consideration of all relevant filings, case law, and being otherwise fully advised, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Obtain Copy of Document 18 And/Or Unopposed Motion to Unseal, (Dkt. 42), is **GRANTED in part and DENIED in part.** Specifically, the Court **GRANTS** Defendant's request to obtain a copy of Document 18 and **DENIES** Defendant's request to unseal Document 18.

2. The sealed Order ("Document 18") was never sealed as to the Defendant or the Government, and the Court provided a copy of Document 18 to both Defendant's counsel and Government's counsel. To the extent Defendant asserts he never obtained a copy of Document 18, which his attorney should have provided to him, the Clerk is **DIRECTED** to mail Defendant a copy of Document 18 to the address listed in Defendant's instant Motion. (Dkt. 42)

3. Additionally, to preclude public access so as to protect the Defendant's asserted privacy interest, the Clerk is **DIRECTED** to maintain the seal for Document 18 on the docket as against the general public.

4. The Court is unaware of any reason why the contents of the Appellee's Brief should be withheld from the Appellant; however, the Court leaves that decision to the sound discretion of the Court of Appeals. The Clerk is **DIRECTED** to send a copy of the instant Order to the Eleventh Circuit Court of Appeals and to certify the instant Order as part of the appellate record.

**DONE and ORDERED** at Tampa, Florida this 20th day of November, 2018.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Eleventh Circuit Court of Appeals
Counsel of Record
Any Unrepresented Party